**FILED**
DEC 1 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr306-T |
| | ) | [18 USC 922(g)(1)] |
| RAYFIELD DAVIS | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 8, 2004, in Russell County, within the Middle District of Alabama,

RAYFIELD DAVIS,

defendant herein, having been convicted of the following felony, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) September 30, 1981, Murder, in the Circuit Court of Lee County, Alabama, case number 81-145,

did knowingly possess in and affecting commerce a firearm, to-wit: a Bryco Arms, Model J25, .25 caliber pistol, serial number 1218375, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney