**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: 1/4/06 |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | DIGITAL Recording : 2:08 - 2:23 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO.** 3:05cr306-T    **DEFENDANT NAME:** Rayfield Davis
**AUSA:** Verne Speirs    **DEFT. ATTY:** Robert Illman

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Tamara Martin    **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

---

| | |
|---|---|
| √ | Date of Arrest 1/4/06 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒ set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❒ Set for |
| √ | DISCOVERY DISCLOSURE DATE: 1/6/06 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: 4/24/06 |