| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/20/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:44 - 9:45 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 3:05cr306-MHT | **DEFENDANT(S):** Rayfield Davis |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan Redmond | * | Jennifer Hart |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**           Complete

☐ **PENDING MOTION STATUS:**      None

☐ **PLEA STATUS:**

                                  Plea Likely

☐ **TRIAL STATUS**                If Trial, One Day

☐ **REMARKS:** Defendant's Attorney has more access to defendant due to his known location in Georgia on electronic monitoring; Negotiation have not begun but this defendant will likely plea