IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:05cr306-MHT |
| | ) | |
| RAYFIELD DAVIS | ) | |

**<u>PRETRIAL ORDER</u>**

A pretrial conference was held on 20 January 2006 before the undersigned Magistrate Judge. Present at this conference were Jennifer Hart, counsel for the defendant, and Assistant United States Attorney Susan Redmond, standing in for Verne H. Speirs, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 24 April 2006. The trial of this case is set for the trial term commencing on 24 April 2006 and is expected to last two days. This case is hereby set before District Judge Myron H. Thompson on the term of court commencing on 24 April 2006.

2. There are no motions currently pending and the time set by the court for filing motions has passed.

3. Proposed voir dire questions shall be filed on or before 17 April 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 17 April 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 17 April 2006.

6. A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do so no later than 17 April 2006. The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 24 April 2006.

DONE this 26th day of January, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE