IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          CASE NO.   3:05cr306-MHT
                                   )
RAYFIELD DAVIS                     )

## ORDER

Based upon this court's order setting the trial in the above-styled case for 24 April 2006, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on 27 February 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 27th day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE