| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/27/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:39 - 9:39 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr306-MHT   **DEFENDANT(S):** Rayfield Davis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Verne H. Speirs | * | Kevin Butler |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**
Plea Likely

☐ **TRIAL STATUS**   If Trial, One Day

4/24/06 Trial Term

☐ **REMARKS:**