| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 4/3/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:56 - 9:57 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr306-MHT   **DEFENDANT(S):** Rayfield Davis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Verne H. Speirs | * | Jennifer Hart |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete


☐ **PENDING MOTION STATUS:**     None


☐ **PLEA STATUS:**

     Plea Likely


☐ **TRIAL STATUS**     If Trial, One Day

     4/24/06 Trial Term


☐ **REMARKS:**     Plea Negotiations ongoing; Notice of Intent due by 4/12/06