IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:05-cr-306-MHT |
| ) | |
| RAYFIELD DAVIS ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VANZETTA PENN MCPHERSON, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Rayfield Davis now in custody of Russell County Jail, Phenix City, Alabama, and that said cause is set for change of plea at Montgomery, Alabama, in this Honorable Court on April 20, 2006, at 2:00 p.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Russell County Jail, Phenix City, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 20, 2006, at 2:00 p.m.

Respectfully submitted this the 17th of April, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:05-cr-306-MHT |
| ) | |
| RAYFIELD DAVIS ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer A. Hart.

                                          LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Verne H. Speirs
                                          VERNE H. SPEIRS
                                          Assistant United States Attorney
                                          Post Office Box 197
                                          Montgomery, Alabama 36101-0197
                                          334.223.7280
                                          334.223.7135 fax
                                          verne.speirs@usdoj.gov