IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-306-MHT |
| | ) | |
| RAYFIELD DAVIS | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VANZETTA PENN MCPHERSON, UNITED STATES
MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District
of Alabama, and represents and shows unto the Court that there is pending in the United States
District Court for the Middle District of Alabama an Indictment against Rayfield Davis now in
custody of Kilby Correctional Facility, Mt. Meigs, Alabama, and that said cause is set for change of
plea at Montgomery, Alabama, in this Honorable Court on April 20, 2006, at 2:00 p.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this
Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby
Correctional Facility, Mt. Meigs, Alabama, commanding them to deliver said prisoner to any United
States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said
prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 20, 2006, at 2:00
p.m.

Respectfully submitted this the 18th of April, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA     )
                                 )
      v.                       )     CR. NO. 3:05-cr-306-MHT
                                 )
RAYFIELD DAVIS              )

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer A. Hart.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov