IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-306-MHT |
| | ) | |
| RAYFIELD DAVIS | ) | |

O R D E R

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby Correctional Facility, Mt. Meigs, Alabama, commanding them to deliver the said Rayfield Davis to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on April 20, 2006, at 2:00 p.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the _____ day of April, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE