IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NUMBER: 3:05CR00306-MHT |
| RAYFIELD DAVIS | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE WARDEN AND/OR KEEPER OF THE <u>RUSSELL COUNTY JAIL</u>
AT <u>Phenix City, Alabama</u>

and

TO: THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of <u>RAYFIELD DAVIS</u>, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom <u>5A</u> of said Court, in the City of Montgomery, on **April 20, 2006**, at **2:00 p.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the <u>17th</u> day of April, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: /s/ Carmen
   Deputy Clerk

*[Handwritten annotation across document: "Returned unexecuted — Subject not at Russell Co. New writ to be issued for Kilby"]*

*[Stamp: RECEIVED 2006 APR 18 A 8:39 UNITED STATES ... MIDDLE ALABAMA]*

*[Stamp: RETURNED AND FILED APR 18 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.]*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

RECEIVED
2006 APR 18  A 8: 40
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NUMBER: 3:05-cr-00306-MHT |
| RAYFIELD DAVIS | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   RUSSELL COUNTY JAIL
                                  AT   Phenix City, Alabama

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **RAYFIELD DAVIS**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **5A** of said Court, in the City of Montgomery, on **April 20, 2006**, at **2:00 p.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the __17th__ day of April, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: /s/ [signature]
Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 3:05-cr-306-MHT
)
RAYFIELD DAVIS )

## ORDER

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Russell County Jail, Phenix City, Alabama, commanding them to deliver the said Rayfield Davis to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on April 20, 2006, at 2:00 p.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 17th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

ATTEST: A True Copy.
Certified to April 17, 2006.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk