MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_ | **DEPUTY CLERK:** _WANDA ROBINSON_ |
| **CASE NUMBER:** _3:05cr306-MHT_ | **DEFENDANT NAME:** _Rayfield Davis_ |
| **AUSA:** _Terry Moorer; Verne Speirs_ | **DEFENDANT ATTY:** _Jennifer Hart_ |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO |
| **USPO:** | |
| Defendant ____ does ___x___ does NOT need and interpreter. | |
| Interpreter present? __x__ NO ____ YES    Name: | |

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                    ❏ Nol Contendere

   ❏ Not Guilty by reason of insanity

   √❏ Guilty as to:

      √❏ Count(s) ___1___ of the Felony Indictment.

      ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

                ❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____   ❏ _____ Bond  ❏ to be set by Separate Order

√ — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or √❏ Sentencing on _____ √❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.