# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT MONTGOMERY   ALABAMA

DATE COMMENCED  August 4, 2006              AT  4:15   A.M./P.M.

DATE COMPLETED  August 4, 2006              AT  5:10   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            3:05cr306-MHT
        vs.

RAYFIELD DAVIS

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | Atty Jennifer Hart |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:      SENTENCING HEARING

| | |
|---|---|
| 4:15 p.m. | Sentencing hearing commenced. Terms of the plea agreement stated on the record. Probation concurs with the plea agreement with the exception that they recommend the high end of the guidelines range. |
| 4:31 p.m. | Recess to modify SSR. |
| 5:00 p.m | Sentencing continues. Sentence imposed. |
| 5:10 p.m | Hearing concluded. |